[Civ. No. 153. Second Appellate District.—February 1, 1910.]

## THE PEOPLE, Respondent, v. L. C. WHALEY, Appellant.

CRIMINAL LAW—APPEAL—DEFAULT OF APPELLANT—AFFIRMANCE.—
Where, after the filing of the transcript in a criminal case, it is
regularly placed on the calendar for hearing and the defendant fails
to appear or to file any points and authorities in support of the
appeal, and the time therefor has expired, the judgment and order
appealed from will be affirmed as provided in section 153 of the
Penal Code.

APPEAL from a judgment of the Superior Court of Los
Angeles County, and from an order denying a new trial and
from another order. Frank R. Willis, Judge.

The facts are stated in the opinion of the court.

Palmer & Mahan, and William M. Tisdale, for Appellant.

U. S. Webb, Attorney General, and George Beebe, Deputy
Attorney General, for Respondent.

THE COURT.—The transcript herein having been filed
November 26, 1909, and it appearing that the cause was
regularly placed upon the January calendar, and on January
24, 1910, duly called for hearing, and appellant not appear-
ing, and the time for filing points and authorities having
expired and no points and authorities having been filed in
support of the appeal,

It is, therefore, ordered that the judgment and orders ap-
pealed from be and the same are affirmed, as provided in sec-
tion 1253 of the Penal Code.